# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **NATHANIEL W. ELLIBEE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 03-3463-JAR |
| ) | |
| **AUTUMN FOX,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**DECISION BY THE COURT**.  This matter is before the Court on defendant Autumn L. Fox's Motion for Summary Judgment (doc. 117) on the remaining state law claims, Plaintiff Nathaniel Ellibee's Cross-Motion for Summary Judgment (doc. 92), and Plaintiff's Motion for Change of Trial Location (doc. 115).

**IT IS THEREFORE ADJUDGED AND DECREED**, pursuant to the Memorandum and Order (doc. 121), the Defendant's Motion for Summary Judgment (doc. 117) is **GRANTED**; Plaintiff's Cross-Motion for Summary Judgment (doc. 92) is **DENIED**; and, Plaintiff's Motion for Change of Trial Location (doc. 115) is **DENIED AS MOOT**.

Date:   September 28, 2006

RALPH L. DeLOACH, CLERK

By:   Monice K. Crawford
        Deputy Clerk